# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| CLAYTON L. MILLER, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO.: _____ |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| Defendant. | § | |

## INDEX OF DOCUMENTS

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Index of Matters Being Filed |
| B. | Plaintiff's Original Petition filed in the 284th District Court of Montgomery County, Texas on July 25, 2018 |
| C. | Plaintiff's First Amended Petition filed in the 284th District Court of Montgomery County, Texas on July 31, 2018 |
| D. | Plaintiff's Second Amended Complaint filed in the 284th District Court of Montgomery County, Texas on August 9, 2018 |
| E. | Citation served on Samsung |
| F. | State Court Civil Case Information Sheet filed in the 284th District Court of Montgomery County, Texas on July 25, 2018 |
| G. | State Court Civil Case Information Filing Sheet – Civil and Family filed in the 284th District Court of Montgomery County, Texas on July 25, 2018 |
| H. | Declaration of Phillip Cohn |

| EXHIBIT | DESCRIPTION |
|---|---|
| I. | List of Counsel of Record |
| J. | State Court Docket Sheet |

Respectfully Submitted,

/s/ Dawn S. McCord
DAWN S. MCCORD
Texas State Bar No. 24002934
Southern District of Texas No. 30884
dawn.mccord@dbr.com
*ATTORNEY-IN-CHARGE*

1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 (Facsimile)

**ATTORNEYS FOR DEFENDANT
SAMSUNG ELECTRONICS AMERICA, INC.**

*OF COUNSEL*:

HELEN E. TUTTLE
New Jersey State Bar No. 021231998
helen.tuttle@dbr.com
(*pro hac vice* application forthcoming)

**DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000
(973) 360-9831 (Facsimile)

D. ALEXANDER HARRELL
Texas State Bar No. 24055624
Southern District of Texas No. 928680
alex.harrell@dbr.com

**DRINKER BIDDLE & REATH LLP**
1717 Main Street, Suite 5400

Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 (Facsimile)

## CERTIFICATE OF SERVICE

I certify that on August 31, 2018, a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on all counsel-of-record:

Via First Class U.S. Mail
Via Email: jmiller@jomillerlaw.com
Jo Miller
Law Office of Jo Miller, PLLC
505 North Main
The Parsonage
Conroe, Texas 77301

                                                    /s/ D. Alexander Harrell
                                                  D. ALEXANDER HARRELL